IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARCHITECTURAL SOUTHWEST STONE COMPANY LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-1369 (RWR) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF IRA MITZNER IN SUPPORT OF SERVICE OF SUMMONS AND COMPLAINT

Pursuant to 28 U.S.C. § 1746, I, **IRA R. MITZNER**, hereby declare as follows:

1. I am a partner with the firm of Dickstein Shapiro LLP and the counsel to the Plaintiffs in the above-captioned case.

2. On September 21, 2007, service of the Summons and Complaint in this action was made upon Architectural Southwest Stone Company, LLC, by delivering said documents at 27599 Schoolcraft Road, Livonia, MI 48150 upon Sharon Goers, office manager, authorized to accept service on behalf of Architectural Southwest Stone Company, LLC.

3. Proof of such service is provided by the Declaration of process server, Timothy Ronayne, attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Date: Oct 10, 2007

_____
Ira R. Mitzner

**EXHIBIT 1**

Case 1:07-cv-01369-RWR    Document 2-2    Filed 10/10/2007    Page 1 of 3

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN FLYNN, et al.,

        Plaintiffs,

        V.

ARCHITECTURAL SOUTHWEST STONE
COMPANY LLC,

        Defendant.

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-01369
Assigned To : Roberts, Richard W.
Assign. Date : 7/27/2007
Description: Labor-ERISA

TO: (Name and address of Defendant)

ARCHITECTURAL SOUTHWEST STONE COMPANY LLC
27599 Schoolcraft Road
Livonia, MI  48150

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ira R. Mitzner, Esquire
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, DC 20006-5403

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                    JUL 2 6 2007

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  9-21-07 @ 2:15 PM |
| NAME OF SERVER (PRINT)  TIMOTHY RONAYNE | TITLE  PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

X  Other (specify): by serving, Sharon Goers, Office manager, authorized to accept.
G              Service was completed at 27599 Schoolcraft Road, Livonia, MI 48150

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-25-07
             Date                    *Signature of Server*

                                     Capitol Process Services, Inc.
                                     1827 18th Street, NW
                                     Washington, DC 20009
                                     *Address of Server*

\* with Attachments A and B, Initial Electronic Case Filing Order, Notice of
  Right to Consent to Trial Before a US Magistrate Judge

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.