UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
JOHN FLYNN, et al.,            )
                               )
      Plaintiffs,              )
                               )
      v.                       )   Civil Action No. 07-1369 (RWR)
                               )
ARCHITECTURAL SOUTHWEST STONE  )
CO. LLC,                       )
                               )
      Defendant.               )
_____)
```

## ORDER TO SHOW CAUSE

Plaintiffs filed this case and served defendant on September 21, 2007. The defendant has not filed an answer, yet plaintiffs have not sought an entry of default or moved for default judgment. Accordingly, it is hereby

ORDERED that on or before November 5, 2007, plaintiffs shall show cause in writing why this case should not be dismissed for failure to prosecute.

SIGNED this 24th day of October, 2007.


                                   _____/s/_____
                                   RICHARD W. ROBERTS
                                   United States District Judge