CO-538
Rev. 3/87

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.

          Plaintiffs,   )
                      )
        vs.           )      Civil Action No. 07-1369 (RWR)
                      )

ARCHITECTURAL SOUTHWEST   )
STONE COMPANY, LLC,      )
          Defendant.   )

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this **25th** day of **October, 2007**, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s)

**ARCHITECTURAL SOUTHWEST STONE COMPANY, LLC**

was [were]:    [personally served with process on **September 21, 2007**].

OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):

_____].

OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):

_____].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:

**29 U.S.C. Section 1132(e)(2)**_____].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] ~~[although an extension has been given, the time for filing has expired]~~; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]
Ira R. Mitzner

Dickstein Shapiro LLP
1825 Eye St., N.W., Washington, DC  20006

184564
Bar Id. Number

Address and Telephone Number **(202) 420-2200**

**EXHIBIT A**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Affidavit in Support of Default was served by first class mail, postage prepaid, this 25th day of October 2007, upon:

Kelli Goers
Architectural Southwest Stone LLC
27599 Schoolcraft Road
Livonia, MI  48150

Joanne Jackson

2331114.01