Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

FLYNN et al

    Plaintiff(s)

V.

ARCHITECTURAL SOUTHWEST STONE COMPANY LLC

    Defendant(s)

Civil Action No. 07-cv-01369-RWR

RE:

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on September 21, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 26th day of October, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Jackie Francis
    Deputy Clerk