IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-1369 (RWR) |
| ) | |
| ARCHITECTURAL SOUTHWEST STONE ) | |
| COMPANY, LLC ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFFS' RESPONSE TO OCTOBER 25, 2007 ORDER TO SHOW CAUSE**

Plaintiffs, Trustees of the Bricklayers and Trowel Trades International Pension Fund, and Trustees of the International Masonry Institute ("Funds"), by their attorneys, hereby respond to the Court's October 5, 2007 Order to Show Cause as to why this action should not be dismissed for failure to prosecute. As explained below, Plaintiffs have been and currently are engaged in settlement discussions with Defendant Architectural Southwest Stone Company LLC in an effort to resolve this action in a manner that limits the legal fees incurred by all parties. Plaintiffs anticipate that those discussions are going to resolve this case. Regardless of whether the parties reach agreement as to the amount owed in this lawsuit, Plaintiffs intend to file a Motion for Default Judgment within 30 days.

1. The Plaintiffs filed the Complaint in this action on July 27, 2007, seeking payment of moneys due the Funds as determined by a Recap prepared by the Funds based on Employer Reports submitted by Defendant. From that time, and even before the Complaint was filed, the parties have been engaged in discussions regarding that amounts that should properly be included in the Recap.

2347458.01

2. On October 25, 2007, the Court entered an order instructing Plaintiffs to show cause by November 5, 2007 why this case should not be dismissed for failure to prosecute.

3. On that same day, Plaintiffs filed a previously-prepared Affidavit in Support of Default.

4. On October 26, 2007, the Clerk entered default against Defendant.

5. Since at least the filing of the Complaint, Plaintiffs and Defendants have been engaged in settlement discussions. Those discussions are continuing and should be concluded soon. While those negotiations have not yet resolved this matter, Plaintiffs anticipate that they will lead to resolution of this case.

6. Irrespective of whether the parties reach agreement on the amount due in this case, Plaintiffs intend to file a Motion for Default Judgment within the next 30 days.

Accordingly, the Plaintiffs respectfully request that this case not be dismissed and that the Plaintiffs be afforded 30 days within which to file a Motion for Default Judgment and/or otherwise resolve this matter.

Date: November 5, 2007

Respectfully submitted,

By: _____
Ira R. Mitzner (DC Bar No. 184564)
Charles V. Mehler, III (DC Bar No.475909)
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, DC 20006
(202) 420-2234

Counsel for Plaintiffs

2347458.01

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiffs' Response to October 25, 2007 Order to Show Cause was served by first class mail, postage prepaid, this _____ day of November 5, 2007, upon:

>Kelli Goers
>Architectural Southwest Stone LLC
>27599 Schoolcraft Road
>Livonia, MI  48150

_____
Claudette Elmes

2347601.01

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>ARCHITECTURAL SOUTHWEST STONE COMPANY, LLC<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-1369 (RWR)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

Upon consideration of the Plaintiffs' Response to October 25, 2007 Order to Show Cause, the Court finds that Plaintiffs' request for an extension of 30 days to file a motion for default judgment should be granted. **ACCORDINGLY**, it is hereby

**ORDERED**, that Plaintiffs' request be, and it hereby is, **GRANTED**, and further

**ORDERED,** that Plaintiffs file a motion for default judgment in this matter by or before December 5, 2007.


**SO ORDERED**, this _____ day of _____, 2007.


                                                   _____
                                                       Richard W. Roberts
                                                    United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 07-1369 (RWR) |
| ARCHITECTURAL SOUTHWEST STONE COMPANY, LLC | ) |
| Defendant. | ) |

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

Ira R. Mitzner, Esquire
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, D.C. 20006-5403

Kelli Goers
Architectural Southwest Stone LLC
27599 Schoolcraft Road
Livonia, MI 48150

2347594.01