IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARCHITECTURAL SOUTHWEST STONE COMPANY LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-1369 (RWR) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFFS' MOTION TO WITHDRAW PREVIOUSLY FILED MOTION
FOR ENTRY OF DEFAULT JUDGMENT
AND INCORPORATED MEMORANDUM IN SUPPORT THEREOF**

Plaintiffs, by their attorneys move to withdraw the Motion for Default Judgment filed by Plaintiffs on December 5, 2007, due to inadvertent error in the damages sought.

1.  On December 5, 2007, Plaintiffs filed a Motion for Default Judgment in this matter for delinquent fringe benefit contributions due Plaintiffs by Defendant, Architectural Southwest Stone Company LLC.

2.  Due to inadvertent error in the calculation of total damages, the total claimed by Plaintiffs in its motion for default judgment $198,663.63, is $4,396.13 lower than the correct total due Plaintiffs of $203,059.76.

3.  Plaintiffs will promptly file a corrected Motion for Default Judgment if, and when, the Court enters the order sought by this motion.

4. For good cause shown, Plaintiffs seek the requested relief without prejudice.

Respectfully submitted,

Dated: December 11, 2007              By: _____

Ira R. Mitzner, DC Bar No. 184564
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC  20006

Attorneys for Plaintiffs

2

DSMDB.2364490.01

**Exhibit A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ARCHITECTURAL SOUTHWEST STONE )<br>COMPANY LLC, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-1369 (RWR) |

## ORDER

Upon consideration of Plaintiffs' motion to withdraw Plaintiffs' Motion for Default Judgment, and incorporated memorandum in support, the Court finds that Plaintiffs' motion to withdraw their Motion for Default Judgment should be granted, without prejudice. **ACCORDINGLY,** it is hereby

**ORDERED,** that Plaintiffs' motion be, and it hereby is, **GRANTED.**

**SO ORDERED,** this _____ day of _____, 2007.

_____
Richard W. Roberts
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN FLYNN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 07-1369 (RWR) |
| | ) |
| ARCHITECTURAL SOUTHWEST STONE COMPANY, LLC, | ) |
| | ) |
| Defendant. | ) |

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

> Ira R. Mitzner, Esquire
> Dickstein Shapiro LLP
> 1825 Eye Street, N.W.
> Washington, D.C.  20006-5403
>
> Kelli Goers
> Architectural Southwest Stone LLC
> 27599 Schoolcraft Road
> Livonia, MI  48150

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiffs Motion to Withdraw Previously Filed Motion for Entry of Default Judgment and Incorporated Memorandum in Support thereof, proposed Judgment, and Local Rule 7(k) Statement was served by first class mail, postage prepaid, this 11th day of December, 2007, upon:

>Kelli Goers
>Architectural Southwest Stone LLC
>27599 Schoolcraft Road
>Livonia, MI 48150

_____
Joanne Jackson

2364278.01