IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>ARCHITECTURAL SOUTHWEST STONE<br>COMPANY LLC, )<br><br>Defendant. ) | Civil Action No. 07-1369 (RWR) |

**PLAINTIFFS' SUPPLEMENTAL SUBMISSION TO
PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT,
FOR ATTORNEY'S FEES AND COSTS**

Plaintiffs, Trustees of the Bricklayers and Trowel Trades International Pension Fund ("Fund"), pursuant to the Court's oral request of February 14, 2008, submit the following in supplementation of Plaintiffs' request for an award of attorney's fees and costs in the above-referenced action, set forth in Plaintiffs' Motion for Default Judgment filed with the Court on January 18, 2008.

1.  The application for attorney's fees and costs is based on the following services performed in this case:

a.  On July 27, 2007, Plaintiffs prepared and filed a Summons and Complaint in this action for delinquent fringe benefit contributions due the Fund by Defendant.

b.  On September 21, 2007, Plaintiffs caused the Summons and Complaint to be served on Defendant.

DSMDB-2395154v01

c.  On October 10, 2007, Plaintiffs prepared and filed a Declaration in Support of the Service of the Summons and Complaint on Defendant.

d.  On October 25, Plaintiffs prepared and filed an Affidavit in Support of Default.

e.  On November 5, 2007, Plaintiffs prepared and filed Plaintiffs' response to the Court's Order to Show Cause why the case should not be dismissed for failure to prosecute.

f.  On December 5, 2007, Plaintiffs prepared and filed a Motion for Default Judgment, which included a request for attorney's fees in the amount of $2,956.00.

g.  On December 11, 2007, Plaintiffs filed a Motion with the Court to withdraw the Motion for Default Judgment filed on December 5, 2007 for inadvertent error, and requested leave to file a corrected Motion for Default Judgment.

h.  On January 7, 2008, this Court granted Plaintiffs' motion to file a corrected Motion for Default Judgment.

i.  On January 18, 2008, Plaintiffs filed a corrected Motion for Default Judgment which included a request for a total of $2,956.00 in attorney's fees.

2.  Attorney's fees in this action therefore relate to:  efforts to collect delinquent reports and fringe benefit contributions due Plaintiffs by Defendant; calculation of the total in fringe benefit contributions due Plaintiffs by Defendant, the assessment of interest and liquidated

DSMDB-2395154v01

damages thereon; and the preparation, filing, and service of pleadings in this action, as outlined above.

3. Because this action arises under Section 515 of the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §1145, Plaintiffs are entitled to a mandatory award of reasonable attorney's fees and costs, pursuant to ERISA Section 502(g)(2)(D), 29 U.S.C. §1132(g)(2).

4. On February 14, 2008, Plaintiffs' counsel received a telephone call from the Clerk of the Court, requesting that the Court be provided with additional information relating to Plaintiffs' request for attorney's fees.

5. Plaintiffs' counsel has charged the Fund less than the firm's market rates in this matter in order to mitigate financial hardships to the Fund, which provides retirement benefits to members of the International Union of Bricklayer and Allied Craftworkers.

6. Counsel for the Funds, consistent with the decision of the United States Court of Appeals for the District of Columbia Circuit in *Board of Trustees of the Hotel & Restaurant Employees Local 25 and Employers' Health & Welfare Fund v. JPR, Inc.*, 136 F.3d 794, 800-08 (D.C. Cir. 1998), on remand, 1999 WL 1567733 (D.D.C. Sept. 10, 1999), seeks to recover its market rates in this action rather than the reduced fee charged to the Fund.

7. The following is a breakdown of attorney's fees in the amount of $2,956.00 set forth in the Declaration of Ira R. Mitzner In Support of Plaintiffs' Motion for Default Judgment filed with the Court on January 18, 2008, calculated according to the normal billing rates (market rates) for Dickstein Shapiro LLP in effect for IPF matters at the time services were performed:

3

DSMDB-2395154v01

I. Mitzner (Partner)

| Date | | Hrs. | | Rate | | Total |
|---|---|---|---|---|---|---|
| 07/26/07 | Review and edit Complaint | .40 | | $535 | | $214.00 |
| 10/25/07 | Review and sign Affidavit in Support of Default | .20 | | $535 | | $107.00 |
| 11/05/07 | Review and revise Plaintiffs' Response to Court's Order to Show Cause | 1.00 | | $535 | | $535.00 |
| | | 1.60 | | | | **$856.00** |

C. Elmes (Paralegal)

| Date | | Hrs. | | Rate | | Total |
|---|---|---|---|---|---|---|
| 07/09/07 to 10/30/07 | Various telephone conferences with, and faxes to, K. Goers and/or G. Goers in office of Defendant in connection with efforts to collect delinquent fringe benefit reports and contributions due Plaintiffs; and subsequent settlement discussions with K. Goers | 1.20 | | $200 | | $240.00 |
| 07/25/07 | Obtain and review collective bargaining agreements executed by Defendant and conferences with Fund office re: same; calculate delinquent fringe benefit contributions due Plaintiffs through April 2007 and related damages; prepare Complaint, Summons and Civil Cover Sheet | 1.50 | | $200 | | $300.00 |
| 09/14/07 | Prepare correspondence and attachments relating to service of process on Defendant and service of copy of Complaint on Secretaries of Labor and Treasury | .60 | | $200 | | $120.00 |
| 10/06/07 | Prepare Declaration of Service of Summons and Complaint, and Affidavit in support of Default, and related exhibits | .90 | | $200 | | $180.00 |
| 11/5/07 | Prepare Plaintiffs' Response to Court's Order to Show Cause | .60 | | $200 | | $120.00 |

4

DSMDB-2395154v01

<u>C. Elmes (Paralegal)</u>

| | | | | |
|---|---|---|---|---|
| 11/26/07 to 11/29/07 | Calculate delinquent fringe benefit contributions due Plaintiffs through October 2007 and related damages, and conferences with Fund office re: same; calculate attorney hours and fees at market rates; prepare Memorandum of Understanding setting forth terms of settlement agreement; prepare Motion for Default Judgment pleadings and exhibits | 5.70 | $200 | $1,140.00 |
| | | 10.50 | | **$2,100.00** |

WHEREFORE, Plaintiffs respectfully request that the Court award attorney's fees and costs in favor of Plaintiffs and against Defendant in the amount of $2,956.00, as specified above and requested in Plaintiffs' Motion for Default Judgment filed with the Court on January 18, 2008.

Date: February __22__, 2008

Respectfully submitted,

By _____

Ira R. Mitzner (D.C. Bar No. 184564)
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, DC  20006
(202) 420-2234
Counsel for Plaintiffs

5

DSMDB-2395154v01

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiffs' Submission for Attorney's Fees and Costs was served by first class mail, postage prepaid, this 22nd day of February 2008, upon:

> Kelli Goers
> Architectural Southwest Stone LLC
> 27599 Schoolcraft Road
> Livonia, MI  48150

_____
Claudette Elmes

2395317.01