IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ARCHITECTURAL SOUTHWEST STONE )<br>COMPANY LLC, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-1369 (RWR) |

### PLAINTIFFS' SECOND SUPPLEMENTAL SUBMISSION TO PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT, FOR ATTORNEY'S FEES AND COSTS

Plaintiffs, Trustees of the Bricklayers and Trowel Trades International Pension Fund ("Fund"), pursuant to the Court's oral request of February 27, 2008, submit the following in further supplementation of Plaintiffs' request for an award of attorney's fees and costs in the above-referenced action, set forth in Plaintiffs' Motion for Default Judgment filed with the Court on January 18, 2008.

1. On January 18, 2008, Plaintiffs filed a Motion for Default Judgment in this action, which included a request for a total of $2,956.00 in attorney's fees.

2. On February 14, 2008, Plaintiffs' counsel received a telephone call from the Clerk of the Court, requesting that the Court be provided with additional information relating to Plaintiffs' request for attorney's fees.

3. On February 22, 2007, Plaintiffs filed a Supplemental Submission for Attorneys Fees and Costs setting forth a detailed breakdown of the legal work performed in connection with attorney's fees sought in this action.

4. On February 27, 2008, Plaintiffs' counsel received a telephone call from the Clerk of the Court, requesting that the Court be provided with additional information providing justification for the hourly rates charged by Plaintiffs' counsel for legal services provided the Plaintiffs in this matter.

5. Accordingly, Plaintiffs' counsel submits the following additional information in response to the Court's oral request of February 27, 2008.

6. Ira R. Mitzner is a partner with the firm of Dickstein Shapiro LLP and the counsel of record for the Plaintiffs, John Flynn, James Boland, Gerald O'Malley, Ken Lambert, Gerard Scarano, H.J. Bramlett, Eugene George, Paul Songer, Charles Verlardo, Matthew Aquiline, Gregory R. Hess, Michael Schmerbeck, Vincent Delazzero and Benjamin Capp ("IPF"), and Jim Allen, Matthew Aquiline, Lon Best, James Boland, Ted Champ, Raymond Chapman, Vincent Delazzero, Bruce Dexter, John Flynn, Eugene George, Gregory Hess, Fred Kinateder, Dan Kwiatkowski, Ken Lambert, Santo Lanzafame, Dick Lauber, William McConnell, Edward Navarro, Gerald O'Malley, John Phillips, Charles Raso, Mark Rose, Kevin Ryan, Gerard Scarano, Michael Schmerbeck, Paul Songer, Joseph Speranza and Fred Vautour, (IMI"), in the above-captioned case.

7. Mr. Mitzner has been in practice for thirty-five years and is the author of the book, *ERISA Litigation: A Basic Guide,* which contains a chapter on collection of employer delinquencies. He has spoken and written on the collection of employer delinquencies since ERISA was enacted in 1974. Mr. Mitzner has been inducted as a Fellow of the American College of Employee Benefits Counsel, an organization that is limited to lawyers with over 20 years of experience who demonstrate excellence in the quality of their practice and who seriously contribute to the public's understanding and appreciation of employee benefits. He has been

counsel of record in some of the leading ERISA cases involving collection of employer delinquencies under ERISA in the District of Columbia, including *Flynn v. Dick Corp.*, 481 F.3d 824, 831 (D.C. Cir. 2007); *Flynn v. Ohio Building Restoration, Inc.*, 317 F. Supp. 2nd 22 (D.D.C. 2004), *appeal dismissed*, No. 04 CV 7091 (2005 U.S. App. LEXIS 12794 (D.C. Cir. June 27, 2005); *Flynn v. R.C. Tile*, 353 F.3d 953 (D.C. Cir. 2004); *Joyce v. Clyde Sandoz Masonry*, 871 F.2d 1119 (D.C. Cir.), *cert denied*, 493 U.S. 918 (1989); and *Joyce v. Silveri*, 66 F. Supp. 2d 1 (D.D.C. 1999). The hourly rate charged by the Firm for Mr. Mitzner's services reflects his expertise and extensive experience in ERISA litigation.

8. Claudette Elmes has been employed as a paralegal with the firm of Dickstein Shapiro for more than twenty years and has assisted Mr. Mitzner in that capacity with collection litigation pursuant to ERISA for the past ten years. Ms. Elmes obtained a paralegal certificate in 1988 and a JD in 1995 from the George Washington University. The hourly rate charged by the Firm for the services of Ms. Elmes is commensurate with her educational background and many years of experience in the paralegal field.

WHEREFORE, Plaintiffs respectfully request that the Court award Attorney's fees and costs in favor of Plaintiffs and against Defendant in the amount of $2,956.00, as requested in Plaintiffs' Motion for Default Judgment filed with the Court on January 18, 2008.

Date: March ___6___, 2008

Respectfully submitted,

By _____
Ira R. Mitzner, (D.C. Bar No. 184564)
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, DC  20006
(202) 420-2234
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiffs' Second Supplemental Submission to Plaintiffs' Motion for Default Judgment, for Attorney's Fees and Costs was served by first class mail, postage prepaid, this 6th day of March 2008, upon:

Kelli Goers
Architectural Southwest Stone LLC
27599 Schoolcraft Road
Livonia, MI 48150

_____
Joanne Jackson

2403899.01